# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI<br><br>*Plaintiff,*<br>*v.*<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts;<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and<br><br>HARMEET K. DHILLON, in her official capacity as Assistant Attorney General for the Civil Rights Division.<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Case No.<br>) 1:26-cv-13329-BEM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER REGARDING SERVICE

Plaintiff Dr. Shiva Ayyadurai hereby respectfully gives notice to the Court that he has fully complied with the Court's Order requiring service of process upon Defendants on or before July 24, 2026.

On July 23, 2026, Plaintiff served the Summons, Complaint, Emergency Motion for Preliminary Injunction, and accompanying Exhibits upon all Defendants via USPS Certified Mail with Return Receipt Requested pursuant to Fed. R. Civ. P. 4(i) and Mass. R. Civ. P. 4(d)(3), as evidenced by the attached official postmarked USPS Certified Mail receipts attached hereto as Exhibit 1.

Serviced packages were deposited with the United States Postal Service on July 23, 2026, addressed as follows:

1.    William Francis Galvin
      Secretary of the Commonwealth
      One Ashburton Place, Room 1705
      Boston, MA 02108 (Certified Mail Tracking No. ending in 8692 65).

2.    Todd Blanche
      Acting Attorney General of the United States
      950 Pennsylvania Ave NW
      Washington, DC 20530 (Certified Mail Tracking No. ending in 8692 72).

3.    Harmeet K. Dhillon
      Assistant Attorney General
      950 Pennsylvania Ave NW
      Washington, DC 20530 (Certified Mail Tracking No. ending in 3892 58).

4.    Civil Process Clerk
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210 (Certified Mail Tracking No. ending in 3892 41).

Respectfully submitted,
Dated: July 24, 2026

Dr. Shiva Ayyadurai, Petitioner, Pro Se
701 Concord Avenue, Cambridge, MA 02138
E: vashiva@cytosolve.com

# EXHIBIT A

## Official Postmarked USPS Certified Mail receipts on July 23, 2026

