**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>     Plaintiff,<br><br>   v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts;<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and<br><br>HARMEET K. DHILLON, in her official capacity as Assistant Attorney General for the Civil Rights Division,<br><br>     Defendants. | No. 1:26-cv-13329-BEM |

**NOTICE OF APPEARANCE**

Please enter on the docket the appearance of Marina Pullerits, Assistant Attorney General, as counsel for the state defendant, William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts.

Respectfully submitted,

/s/ Marina Pullerits
Marina Pullerits, BBO No. 704163
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2968
Marina.Pullerits2@mass.gov

August 4, 2026

1

## <u>CERTIFICATE OF SERVICE</u>

I, Marina Pullerits, hereby certify that this document, filed electronically on August 4, 2026, will be sent via email to the *pro se* plaintiff, who has assented in writing to email service.

Dr. Shiva Ayyadurai
701 Concord Avenue
Cambridge, MA 02138
vashiva@cytosolve.com

*/s/ Marina Pullerits*
Marina Pullerits, BBO# 704163
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2968
Marina.Pullerits2@mass.gov