**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DR. SHIVA AYYADURAI<br><br>*Plaintiff,*<br>*v,*<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts;<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and<br><br>HARMEET K. DHILLON, in her official capacity as Assistant Attorney General for the Civil Rights Division.<br><br>*Defendants.* | Civil Action No.<br>1:26-cv-13329-BEM |

**PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL AND CERTIFICATION OF EMERGENCY APPELLATE JURISDICTION**

Notice is hereby given that Plaintiff Dr. Shiva Ayyadurai, appearing pro se, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered on August 18, 2026 (ECF No. 20), denying Plaintiff's Emergency Motion for a Preliminary Injunction (ECF No. 2) and dismissing Count I against Defendant William Francis Galvin.

## I. JURISDICTIONAL BASIS

This interlocutory appeal is taken as of right pursuant to 28 U.S.C. § 1292(a)(1), which vests appellate jurisdiction over orders refusing or denying preliminary injunctions. Pursuant to *Swint v. Chambers County Commission*, 514 U.S. 35 (1995), appellate review extends to the District Court's jurisdictional dismissal of Count I, as the lower court's Rooker-Feldman and Colorado River abstention rulings are inextricably intertwined with, and formed the sole stated legal predicate for, denying preliminary injunctive relief.

## II. SCOPE OF REVIEW & ISSUES PRESENTED

Plaintiff seeks review of the following rulings in ECF No. 20:

1. The denial of Plaintiff's Emergency Motion for a Preliminary Injunction (ECF No. 2) seeking to enjoin the auto-deletion and purging of machine-generated digital ballot images;
2. The dismissal of Count I against Defendant Galvin based on the misapplication of the Rooker-Feldman doctrine to bar independent federal preemption claims under 42 U.S.C. § 1983 and;
3. The misapplication of Colorado River abstention to abdicate federal jurisdiction over overriding federal election record preservation mandates under 52 U.S.C. § 20701 and the Supremacy Clause (Art. VI, Cl. 2).

Dated: October 4, 2026.

Respectfully submitted,



**Dr. Shiva Ayyadurai**
*Plaintiff, Pro Se*
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2026, I served the foregoing Notice of Interlocutory Appeal on all counsel of record via the Court's CM/ECF system.



**Dr. Shiva Ayyadurai**
*Plaintiff, Pro Se*
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com