**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DR. SHIVA AYYADURAI<br><br>*Plaintiff,*<br>*v.*<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts;<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and<br><br>HARMEET K. DHILLON, in her official capacity as Assistant Attorney General for the Civil Rights Division.<br><br>*Defendants.* | ) | Civil Action No.<br>1:26-cv-13329-BEM |

**<u>NOTICE REGARDING PAYMENT OF APPELLATE FILING FEE</u>**

Plaintiff Dr. Shiva Ayyadurai, appearing pro se, respectfully submits this notice regarding payment of the appellate filing fee associated with Plaintiff's Notice of Interlocutory Appeal.

Plaintiff previously filed the Notice of Interlocutory Appeal in this action. Due to a browser-related issue during the CM/ECF filing process, the payment prompt did not appear and Plaintiff was therefore unable to pay the required appellate filing fee at the time the Notice of Appeal was filed.

Plaintiff submits this notice pursuant to instructions from the Clerk's Office for the purpose of proceeding with and paying the required appellate filing fee associated with the previously filed Notice of Interlocutory Appeal.

Dated: October 9, 2026

Respectfully submitted,

**Dr. Shiva Ayyadurai**
*Plaintiff, Pro Se*
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com