**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Shiva Ayyadurai,**

Plaintiff

CIVIL ACTION

V.

NO. 26-13329-BEM

**William Francis Galvin,**
**Todd Blanche and**
**Harmeet K Dhillon.**

Defendants

**ORDER OF DISMISSAL**

Murphy, D. J.

In accordance with the Court's Electronic Order [ECF #36] dated November 20, 2026 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

November 20, 2026
Date

/s/ Marlene Martins
Deputy Clerk