# United States Court of Appeals
## For the First Circuit

---

No. 26-2133

SHIVA AYYADURAI,

Plaintiff - Appellant,

v.

WILLIAM FRANCIS GALVIN, in the official capacity as Secretary of the Commonwealth of Massachusetts; TODD BLANCHE, in the official capacity as Attorney General of the United States; HARMEET K. DHILLON, in the official capacity as Assistant Attorney General for the Civil Rights Division,

Defendants - Appellees.

---

**JUDGMENT**

Entered: November 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

By notice issued October 29, 2026, Appellant Shiva Ayyadurai was notified that he was in default for failure to pay the $605.00 filing fee. Appellant was warned that unless action was taken by November 12, 2026, the appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to pay the $605.00 filing fee, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Shiva Ayyadurai
Rayford A. Farquhar
Marina Pullerits
Donald Campbell Lockhart
Abraham R. George